IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAHIROU SAMASSA, | No. 1:25-CV-02197 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| CRAIG LOWE, *et al.*, | |
| Respondents. | |

## ORDER

**AND NOW**, this 11th day of December 2025, **IT IS HEREBY ORDERED** that:

1. The Court will hold a telephonic status conference on **December 12, 2025, at 3:00 p.m.**

2. Counsel for Petitioner shall initiate the call to Chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge