IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAHIROU SAMASSA, | No. 1:25-CV-02197 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| CRAIG LOWE, *et al.*, | |
| Respondents. | |

## ORDER

### DECEMBER 17, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner Samassa's emergency motion for a temporary restraining order is **GRANTED**;

2. Respondents are **ORDERED TO IMMEDIATELY RELEASE** Petitioner Tahirou Samassa (A# 245-437-863) from custody.

    a. Petitioner shall be released on his own recognizance pursuant to 8 U.S.C. § 1226(a).

3. Respondents are **RESTRAINED AND ENJOINED** from detaining Petitioner under 8 U.S.C. § 1225(b)(2) or from imposing any conditions of release not authorized under 8 U.S.C. § 1226(a).

4. Within 14 days of the entry of this Order, Petitioner shall file a motion for a preliminary injunction. Along with that motion, Petitioner should coordinate with Respondents and submit a proposed briefing schedule for that motion.

    a. At the earliest convenience of the parties and the Court, the Court will schedule a hearing on the motion for a preliminary injunction. The Court believes that once the preliminary injunction motion is fully briefed, the Court will not need extensive evidence to advance this matter to an ultimate disposition. Therefore, pursuant to Federal Rule of Criminal Procedure 65(a)(2), the hearing on the motion for the preliminary injunction will be consolidated with a trial on the merits. The parties may raise objections to the consolidation in their briefing on the motion for a preliminary injunction if they wish to do so.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge