**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TAHIROU SAMASSA, | | No. 1:25-CV-02197 |
| Petitioner, | | (Chief Judge Brann) |
| v. | | |
| CRAIG LOWE, *in his official capacity as Warden, Pike County Correctional Facility*, *et al.*, | | |
| Respondents. | | |

## ORDER

**JUNE 2, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Tahirou Samassa's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2.    The Temporary Restraining Order (Doc. 12) is **DISSOLVED**;

3.    The Government **SHALL NOT** redetain Samassa pursuant to 8 U.S.C. § 1225(b)(2)(A);

4.    Should Samassa be redetained pursuant to § 1226(a), the Government shall provide him with a bond hearing as soon as reasonably practicable at which the Government shall bear the burden of proof by clear and convincing evidence; and

5.      The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2